CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

AUG 10 2012

JULIA C. ...LEY, CLERK
BY: /s/
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| MALCOLM MUHAMMAD, | Civil Action No. 7:12cv00043 |
| Plaintiff, | |
| | **ORDER** |
| v. | |
| DR. L. TATRO *et. al.*, | |
| | By: Samuel G. Wilson |
| Defendants. | United States District Judge |

For the reasons stated in the Memorandum Opinion entered on this day, it is hereby **ADJUDGED** and **ORDERED** that the defendants' motions to dismiss for failure to state a claim are **DENIED** with respect to the plaintiff's claims arising between March and August. The defendants' motions are **GRANTED** on the remainder of the plaintiff's claims.

**ENTER**: August 10, 2012.

_____
UNITED STATES DISTRICT JUDGE