CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JAN 3 0 2013

JULIA C. DUDLEY, CLERK
BY: _____
DEPUTY CLERK

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION**

| | | |
|---|---|---|
| **MALCOLM MUHAMMAD,** | ) | **Civil Action No. 7:12cv00043** |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **FINAL ORDER** |
| | ) | |
| **DR. L. TATRO** *et al.*, | ) | **By: Samuel G. Wilson** |
| **Defendants.** | ) | **United States District Judge** |

In accordance with the memorandum opinion entered this day, it is hereby **ORDERED** that Muhammad's motion to amend (ECF No. 31) is **DENIED**; defendants' motions for summary judgment (ECF Nos. 40 and 45) are hereby **GRANTED**; and this matter is **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to send copies of this order and accompanying memorandum opinion to the parties.

**ENTER**: January 30, 2013.

_____
UNITED STATES DISTRICT JUDGE